IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

SHANNON FULGHEM,

    Plaintiff,

v.

    Civil Action No. 4:13-cv-00276-SOW

COMMERCIAL RECOVERY SYSTEMS, INC.,

    Defendant.

**ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

Before the Court is Plaintiff's Motion for Default Judgment (ECF doc. 08). Defendant has failed to plead or otherwise defend as required by the Federal Rules of Civil Procedure, and the time allowed for such pleading or defense has elapsed. Accordingly it is hereby

ORDERED that Plaintiff's motion for default judgment (ECF doc. 08) is GRANTED. Judgment shall be entered in favor of Plaintiff and against Defendant in the amount of $2,781.31.

DATED: 7/1/2013                                        _____/s/ Scott O. Wright___
                                                                                       SCOTT O. WRIGHT
                                                                                       UNITED STATES DISTRICT JUDGE